**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ETHAN ISAIAH SHADELL                                                                                              PLAINTIFF

v.                                              4:16CV00227-JM-JJV

JOSHUA HAWN,
Correctional Officer, Pulaski County
Detention Facility; *et al.*                                                                                          DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Pulaski County Regional Detention Facility is DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 25th day of July, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE