**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ETHAN ISAIAH SHADELL,                                                          PLAINTIFF

v.                                          4:16CV00227-JM

JOSHUA HAWN, Correctional Officer,
Pulaski County Regional Facility                                               DEFENDANT

## ORDER

        The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition

should be, and hereby are, approved and adopted in their entirety as this Court's findings in all

respects.

        IT IS, THEREFORE, ORDERED that:

        1.        Plaintiff's Complaint (Doc. No. 2.) is DISMISSED without prejudice.

        DATED this 12th day of September, 2016.

                                        _____
                                        JAMES M.  MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE